IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



STEPHEN WALKER, §
§
Petitioner, §
§
v. § 2:19-CV-22-Z
§
DIRECTOR, TDCJ-CID, §
§
Respondent. §

## ORDER OVERRULING OBJECTIONS,
## ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION,
## AND
## DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Before the Court are the findings, conclusions and recommendation of the United States Magistrate Judge to deny the Petition for a Writ of Habeas Corpus filed by Petitioner in this case. (ECF No. 27). On May 11, 2021, Petitioner filed objections to the findings, conclusions, and recommendation. (ECF No. 28). After making an independent review of the pleadings, files, and records in this case, as well as Petitioner's objections, the Court concludes that the findings and conclusions of the Magistrate Judge are correct. It is therefore **ORDERED** that Petitioner's objections are **OVERRULED**, the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the Petition for a Writ of Habeas Corpus is **DENIED**. Additionally, Petitioner's Motion for Injunction (ECF No. 25) is **DENIED**.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, and 28 U.S.C. § 2253(c), the Court denies a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*,

529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011). The Court **ADOPTS** and incorporates by reference the Magistrate Judge's findings, conclusions, and recommendation filed in this case in support of its finding that petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

If Petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* on appeal.

**SO ORDERED**.

June __1__, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2